UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: **GLASSER, J.**  DATE: **SEPTEMBER 5, 2014**  TIME: **2:30 p.m.**

DOCKET #: **CV-14-1474 (ILG)**

TITLE: **Government Employees Insurance Co., et al.**

    *vs.*

**Nodari Mikelashvili, MD; Ayoob Khodadadi, MD;
Advanced Medical Diagnostics of Queens, P.C.; Springfield Radiology Imaging, P.C.;
Iberia Management LLC; Medeq International LLC and Dimitry Tvildiani**

DEPUTY CLERK: **Stanley Kessler**

COURT REPORTER: **Charisse Kitt**

APPEARANCES:

    For Plaintiffs: ~~Barry I. Levy , Esq.; Michael A. Sirignano, Esq.~~
                   ~~Ryan C Goldberg, Esq.;~~ **Max S. Gershenoff, Esq.**

    For All Def'ts: ~~David Clifford Holland, Esq.~~ **Michael Mullen, Esq.**

## CIVIL CAUSE FOR MOTION

✔ Case called.

✔ Max S. Gershenoff, Esq. present for plaintiffs. Michael Mullen, Esq. present for all defendants.

✔ Plaintiffs' motion for a temporary restraining order is argued and granted for the reasons stated on the record.

✔ The temporary restraining order is extended to no later than 10/8/2014 at 5 p.m., on consent.

✔ Plaintiff's motion for a preliminary injunction is scheduled for argument on 10/8/2014 at 11:30 a.m. Defendants' motion for dismissal will be argued at that time as well.

**TIME: 1/10**