
ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

RYAN GOLDBERG
(516) 357-3525
ryan.goldberg@rivkin.com

September 16, 2014

**By ECF**
Honorable Magistrate Judge Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  **Government Employees Insurance Co., et al. v. Mikelashvili, et al.
Docket No.: CV 14-1474 (ILG)(SMG)**

Dear Magistrate Judge Gold:

Plaintiffs ("GEICO" or "Plaintiffs") respectfully submit this letter requesting a pre-motion conference in advance of a proposed motion to amend the Complaint pursuant to Fed. R. Civ. P. 15(a)(2). As the Court is aware, Defendants have previously filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b) and thus leave of the Court is requested prior to the filing of an Amended Complaint.

Briefly, GEICO's Complaint alleges that various lay-persons and companies controlled by lay-persons illegally owned and controlled two medical practices, which purported to provide radiology services to GEICO insureds. At the time of the filing of the Complaint, GEICO identified various Management Defendants, but also was obligated to plead several John Does and John Doe Corporations alleged to be involved in the fraudulent scheme.

Through the course of discovery, including the review of the professional corporation bank records, and Defendants' responses to interrogatories, the various John Does and John Doe Corporations have now been identified and GEICO seeks to amend the Complaint to include these parties. Specifically, GEICO seeks leave to file an Amended Complaint to include the following individuals and entities as defendants: (i) Sonomedco, Inc.; (ii) Liz Management & Consulting, Inc.; (iii) Nicholas Chkeidze; (iv) Ekaterina Levinsky; and (v) Bayside B&C, Inc.

GEICO has requested Defendants' counsel's consent to the proposed Amended Complaint, but Mr. Holland has not consented.

Accordingly, GEICO respectfully requests that the Court schedule a pre-motion conference in anticipation of GEICO's proposed motion to amend. We appreciate the Court's attention to this matter.

                                    Respectfully Submitted,

                                    RIVKIN RADLER LLP

                                    Ryan Goldberg (RG 7570)